

FILED
MAY 0 1 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W12CR123** |
| Plaintiff, | * | |
| | * | **INFORMATION** |
| V. | * | |
| | * | [VIO: 29 U.S.C. 501(c) – Embezzlement |
| ANDREW IRWIN, | * | and Theft of Labor Union Assets] |
| | * | |
| Defendant | * | |

THE UNITED STATES ATTORNEY CHARGES:

From in or around December, 2009, up until and continuing to at least December, 2010, the exact dates unknown to the United States, in the Western District of Texas, Defendant,

**ANDREW IRWIN,**

while an officer, that is Financial Secretary, and being employed, directly or indirectly by the International Brotherhood of Electrical Workers Local 72, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use and the use of another, the moneys, funds, securities, property, and other assets of said labor union in the approximately amount of $47,096.33, in violation of Title 29, United States Code, Section 501(c).

ROBERT PITMAN
United States Attorney

By: /s/ GREGORY S. GLOFF
Assistant United States Attorney

SEALED _____
UNSEALED __X__

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: __05-01-12__   MAG CT. # _____   CASE NO. **W12CR123**

COUNTY: __McLENNAN__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ GREGORY S. GLOFF _____

DEFENDANT: __ANDREW IRWIN__   DOB: _____

CITIZENSHIP:   United States __X__   Mexican \_\_\_\_   Other \_\_\_\_
INTERPRETER NEEDED:   Yes \_\_\_\_   No __X__   Language \_\_\_\_

DEFENSE ATTORNEY: _____ Russell D. Hunt, Sr. _____

DEFENDANT IS:   In Jail __NO__   WHERE: _____
                On Bond __NO__

PROSECUTION BY:   INFORMATION __X__   INDICTMENT _____

OFFENSE: (Code & Description): __29 U.S.C. 501(c) – Embezzlement and Theft of Labor Union Assets__

OFFENSE IS:   FELONY __X__   MISDEMEANOR _____

MAXIMUM SENTENCE: Not more than 5 years custody; not more than $10,000 fine; $100 special assessment; not more than 3 years TSR

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR

REMARKS: ▬▬▬▬▬▬▬▬▬▬▬